JAMES S. MURRAY, Respondent, v. LONG ISLAND RAIL ROAD COMPANY et al., Appellants.—

Rabin, Acting, P. J., Martuscello, Latham, Kleinfeld and Brennan, JJ., concur.